# LOCAL FORM 1007.1
## United States Bankruptcy Court
### Eastern District of Tennessee

In re: **Robert Winston Jennings**
**Debra Jean Jennings**
Debtor(s)

Case No. _____
Chapter **7**

## STATEMENT REGARDING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT

| CERTIFICATION OF DEBTOR | CERTIFICATION OF JOINT DEBTOR |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ■ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* | ■ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* |
| or | or |
| ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. | ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. |
| /s/ Robert Winston Jennings | /s/ Debra Jean Jennings |
| [SIGNATURE OF DEBTOR] | [SIGNATURE OF JOINT DEBTOR] |
| Date: November 20, 2009 | Date: November 20, 2009 |

---

* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

RICK McGILL'S AIRPORT TOYOTA - ALCOA, TENNESSEE 37701

| Emp# | Dept# | Employee # | Clock # | YTD | Social Security # | Name | | | Pay Period | | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 01 | 850 | | | | DEBRA J JENNINGS | | | ENDING 11/15/09 | | 33 | 11/13/09 | 65706 |
| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded.Amt | Type | Ded.Amt | Code | ST/Local YTD |
| DRW | | | 82500 | ******** | A/R | 2800 | | | | | | | |
| | | | | ******** | | | | | | | | | |

| File | Gross Pay | Fed.Tax | F.I.C.Tax | Med.Tax | State Tax | Local Tax | 501/SEP | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 82500 | | 5115 | 1196 | | 0 | | 2800 | 73389 |
| YTD | 4043097 | 79273 | 250672 | 58625 | | | | | 3644477 |

BEGINNING PAY PERIOD DATE: 11/01/2009

Advance Stores Company Inc  
5673 Airport Road  
Roanoke, VA 24012  

| Pay Group: | RUS-Retail US |
|---|---|
| Pay Begin Date: | 10/25/2009 |
| Pay End Date: | 11/07/2009 |

| Business Unit: | 50000 |
|---|---|
| Advice #: | |
| Advice Date: | 11/13/2009 |

| TAX DATA: | Federal | TN State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 3 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

Robert W Jennings  
P.o Box 665  
Seymour, TN 37865  

Employee ID:  
Department: 105692N-Seymour Non Ex  
Location: Seymour  
Job Title: Commercial Parts Pro FT  
Pay Rate: $19.250000 Hourly  

## HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Pay | 19.250000 | 79.39 | 1,528.26 | 1,633.34 | 31,441.80 | |
| Bonus Store Sales | | | 9.86 | | 347.66 | |
| Bonus Overtime | | | 0.00 | | 1.61 | |
| Vacation Pay | | | 0.00 | 121.00 | 2,329.25 | |
| Overtime Pay | | | 0.00 | 12.55 | 362.42 | |
| Sick Pay | | | 0.00 | 30.00 | 577.50 | |
| Holiday Pay | | | 0.00 | 40.00 | 770.00 | |

TOTAL: 79.39  1,538.12  1,836.89  35,830.24

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 35.85 | 1,131.63 |
| Fed MED/EE | 19.89 | 466.86 |
| Fed OASDI/EE | 85.04 | 1,996.23 |

TOTAL: 140.78  3,594.72

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Health Ins. | 149.63 | 3,441.49 |
| Opt Life | 37.20 | 657.92 |

TOTAL: 186.83  4,099.41

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Opt Spouse Life | 5.88 | 135.24 |
| STD | 6.04 | 138.92 |
| LTD | 3.54 | 81.42 |

TOTAL: 15.46  355.58

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Health Ins. | 355.32 | 8,172.36 |
| Co. Paid Basic Life | 1.65 | 37.95 |
| Opt Life* | 20.28 | 466.44 |
| STD | 6.04 | 138.92 |
| LTD | 3.54 | 81.42 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,538.12 | 1,371.57 | 140.78 | 202.29 | 1,195.05 |
| YTD | 35,830.24 | 32,197.27 | 3,594.72 | 4,454.99 | 27,780.53 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 9.8 |
| + Earned | 103.8 | 44.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 80.0 | 30.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| End Balance | 23.8 | 23.8 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| | | $1,195.05 |

TOTAL: $1,195.05

MESSAGE: